UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULVINDER S. BOPARAI,<br><br>            Plaintiff,<br><br>     v.<br><br>ERIC K. SHINSEKI, Secretary of Veterans Affairs, et al.,<br><br>            Defendants. | Case No.: 1:12-cv-00789 - LJO - JLT<br><br>ORDER GRANTING EXTENSION TO FILE AMENDED COMPLAINT<br><br>(Docs. 4, 5) |

On August 13, 2012 and again on August 15, 2012, Plaintiff filed requests that he be granted 30 days additional to file his amended complaint. (Docs. 4, 5)  Plaintiff reports he has been on medical leave for 30 days and was unable to file his amended complaint within this time.  Id.  Good cause appearing, the Court **GRANTS** Plaintiff's request for an extension of time within which to file his amended complaint.  Plaintiff **SHALL** file his amended complaint no later than **September 14, 2012**.

**Plaintiff is advised that his failure to comply with the Court's order will result in a recommendation that his matter be dismissed.**

IT IS SO ORDERED.

Dated:   **August 22, 2012**                    /s/ Jennifer L. Thurston
                                                              UNITED STATES MAGISTRATE JUDGE