UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULVINDER S. BOPARAI,<br><br>        Plaintiff,<br><br>   v.<br><br>ERIC K. SHINSEKI, Secretary of Veterans Affairs, et al.,<br><br>        Defendants. | Case No.: 1:12-cv-00789 - LJO - JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE ISSUED JANUARY 2, 2013<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>(Doc. 12) |

      On December 7, 2012, the Court dismissed Plaintiff's Second Amended Complaint with leave to amend. (Doc. 10). Plaintiff failed to file a Third Amended Complaint, and on January 2, 2013, the Court issued an order to show cause why the action should not be dismissed for Plaintiff's failure to prosecute and failure to comply with the Court's order. (Doc. 11). Because Plaintiff has filed a motion for an extension of time (Doc. 12), the Court's order to show cause is **DISCHARGED**.

      In the motion for an extension of time, Plaintiff asserts he "continues to be under [a] doctor's care. . . and is unable to participate in legal proceedings." (Doc. 12 at 1). Plaintiff attached a note from his psychiatrist dated November 29, 2012, in which Dr. Goklaney asserts Plaintiff would "need at least six weeks off [work]," and his condition would be reassessed on January 3, 2012. *Id.* at 3. Therefore, Plaintiff seeks an extension of thirty days to file his Third Amended Complaint. *Id.* at 1.

Notably, this is the second extension requested by Plaintiff in which he asserts he is unable to comply with the Court's order in a timely manner due to psychiatric treatment. Plaintiff has not explained how his removal from work impacts his ability to comply with the Court's orders in a timely manner. To the extent Plaintiff is unable to prosecute the action, he is advised to seek representation. Plaintiff has a general duty to prosecute his case with diligence. *See Fidelity Philadelphia Trust Co. v. Pioche Mines Consolidated, Inc.*, 587 F.2d 27, 29 (9th Cir. 1978). Failure to do so may result in dismissal of the action, and the Court will not hold the action in abeyance.

Accordingly, **IT IS HEREBY ORDERED**:

1. The order to show cause dated January 2, 2013 (Doc. 13) is **DISCHARGED**; and
2. Plaintiff's motion for an extension of time (Doc. 12) is **GRANTED**; and
3. Plaintiff **SHALL** file a Third Amended Complaint on or before **January 28, 2013**.

**Plaintiff is cautioned that further extensions of time will not be granted absent exceptional good cause which does not include continuing to be off work or continuing to be under the care of a psychiatrist.**

IT IS SO ORDERED.

Dated:   **January 7, 2013**              /s/ Jennifer L. Thurston
                                         UNITED STATES MAGISTRATE JUDGE