### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULVINDER S. BOPARAI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ERIC K. SHINSEKI, et al.,<br><br>　　　　Defendants. | Case No.: 1:12-cv-00789- LJO-JLT<br><br>ORDER WITHDRAWING THE FINDINGS AND RECOMMENDATIONS ISSUED FEBRUARY 22, 2013<br><br>(Doc. 15) |

　　　　Kulvinder S. Boparai ("Plaintiff") is proceeding *pro se* in this action for violations of Title VII. On February 22, 2013, the Court recommended Plaintiff's Third Amended Complaint be dismissed without leave to amend, for failure to state a cognizable claim. (Doc. 15). On March 11, 2013, Plaintiff filed objections to the Findings and Recommendations, asserting new facts in support of his claims. (Doc. 16).

　　　　Because Plaintiff has asserted new facts to support his claims for retaliation, hostile work environment, and disparate treatment, he will be granted leave to amend his complaint to incorporate these facts. *See Lopez v. Smith*, 203 F.3d 1122, 1127-28 (9th Cir. 2000). However, Plaintiff is cautioned that this is his **final opportunity** to file an amended complaint that states sufficient facts to support his claims. Likewise, Plaintiff is admonished that he must address each of the deficiencies addressed in the Court's prior order and his failure to do so **will result** in a recommendation that this matter be dismissed.

The document must bear the docket number assigned this case and must be labeled "Fourth Amended Complaint."  Plaintiff's "[f]actual allegations must be [sufficient] to raise a right to relief above the speculative level. . . ." *Bell Atlantic Corp. v. Twombly,* 550 U.S. 544, 555 (2007).  <u>If Plaintiff does not state facts in his Fourth Amended Complaint that support his claims, the Court will presume he is unable to do so</u>.  In addition, Plaintiff's Fourth Amended Complaint must be "complete in itself without reference to the prior or superseded pleading."  Local Rule 220.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Findings and Recommendations issued February 22, 2013 are **WITHDRAWN**;
2. Plaintiff **SHALL** file a Fourth Amended Complaint within twenty-one days of the date of service of this order; and
3. <u>If Plaintiff fails to comply with this order, the action will be dismissed for failure to obey a court order pursuant to Local Rule 110</u>.

IT IS SO ORDERED.

Dated:   **March 14, 2013**                    /s/ Jennifer L. Thurston
                                                                UNITED STATES MAGISTRATE JUDGE

2