**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KULVINDER S. BOPARAI , | Case No.: 1:12-cv-00789 - LJO - JLT |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS |
| v. | |
| ERIC K. SHINSEKI, et al., | (Doc. 22) |
| Defendants. | ORDER DIRECTING CLERK OF THE COURT TO CLOSE THIS ACTION PURSUANT TO THE PLAINTIFF'S RULE 41 NOTICE |

Kulvinder S. Boparai ("Plaintiff") is proceeding *pro se* in this action for violations of Title VII. On May 1, 2013, Plaintiff filed a motion to dismiss the action without prejudice.  (Doc. 22).  Because Plaintiff seeks dismissal, the Court construes his motion to dismiss as a notice of dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure, which provides a plaintiff "may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A).  Once such a notice has been filed, an order of the Court is not required to effectuate the dismissal.  Fed. R. Civ. Pro. 41(a)(1)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

In this case, because the defendants have not yet been served, Plaintiff's motion for dismissal, construed as a notice pursuant to Rule 41, "automatically terminate[d] the action."  *Wilson*, 111 F.3d at 692; Fed. R. Civ. P. 41(a).

Based upon the foregoing, **IT IS HEREBY ORDERED**:

1.      Plaintiff's motion to dismiss the action without prejudice (Doc. 22) is GRANTED;

2.      The Clerk of Court is **DIRECTED** to close this action in light of the notice of dismissal without prejudice filed and properly signed pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   __May 1, 2013__                    _____**/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE